IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ANTONIO STAFFORD,

    Petitioner,

vs.

WENDY ROALD,

    Respondent.                               Case No.: 12-620-DRH-SCW

## ORDER

A Notice of Impending Dismissal was entered by United States Magistrate Judge Stephen C. Williams on January 10, 2013, directing the Plaintiff to provide the Court with his current address or face dismissal of this action for want of prosecution (Doc. 21). That Order was returned to the Court as undeliverable, the February 11, 2013 deadline has elapsed, and as of March 19, 2013, the Court still has no current address for plaintiff.

The record before the Court clearly indicates that Plaintiff has failed to prosecute this action. Accordingly, the undersigned District Judge hereby **DISMISSES** this case with prejudice, pursuant to Federal Rules of Civil procedure 41(b).

**DATED:** March 19, 2013

Digitally signed by David R. Herndon
Date: 2013.03.19 13:39:03 -05'00'

Hon. David R. Herndon
United States Chief Judge