UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

**ANTONIO STAFFORD**,

    Petitioner,

v.

**WENDY ROAL**,

    Respondent.                      No. 12-cv-620-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order dismissing case entered on March 19, 2013, 2013, this case is **DISMISSED** with prejudice.

                                      NANCY J. ROSENSTENGEL,
                                      CLERK OF COURT

                                      BY:    /s/*Sara Jennings*
                                                   **Deputy Clerk**

Dated:   March 19, 2013

Digitally signed by David R. Herndon
Date: 2013.03.19 13:56:04 -05'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT